**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMIE MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-CV-01318-RHH |
| | ) |
| DAHLEM, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**ORDER**

Upon the filing of Plaintiff's Notice of Dismissal with Prejudice (ECF No. 26) on June 27, 2024,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims in this action are **DISMISSED with prejudice**. Each party shall bear their own costs and attorney's fees.

Dated this 28th day of June, 2024.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE